# EXHIBIT 2

November 21, 2025

**Via UPS**

RK Pharma, Inc.
Building 215/215A, 401
North Middletown Road
Pearl River, NY 10965
Attn: Dr. Ravishanker Kovi
Email: Ravi@rkpharmainc.com

Sheppard Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
Attn: Shon Glusky
Email: sglusky@sheppardmullin.com

**Re: Co-Development, License and Supply Agreement dated January 31, 2022 by and among Par Health. Inc.'s predecessor-in-interest, Endo Ventures Limited, RK Pharma, Inc., and Apicore Pharmaceuticals Pvt. Ltd. for Ferric Citrate (the "Agreement")**

Dear Sirs:

We write in view of the above-captioned Agreement, pursuant to whose terms and conditions the Parties are presently bound. In view of Section 5.5, and in particular sub-Sections 5.5.1, 5.5.3, and 5.5.4, Par Health rightfully demands the cancellation of Purchase Order 4500054569, and repayment of US$461,442.58 (INR 40,910,000) which amount was previously paid as consideration therefor. Further, and pursuant to Section 13.2.6 of the Agreement, Endo provides due and rightful notice of termination of the Agreement subject to any salient rights and obligations that inhere and apply in Article 13; and which termination shall be effective on the date that is ninety (90) days from the date of this letter.

Please acknowledge receipt of this communication by return letter and we anticipate your compliance.

Sincerely,

Lawrence Brown

Vice President & Assistant General Counsel, IP