**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PH HEALTH LIMITED,<br><br>Plaintiff,<br><br>-against-<br><br>RK PHARMA, INC.,<br><br>Defendant. | Case No. 1:26-cv-04659-LGS |

**RK PHARMA INC.'S FED.R.CIV. P.7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant RK Pharma, Inc. states as follows:

1. RK Pharma, Inc. is a privately held company organized and existing under the laws of the State of Delaware; and

2. RK Pharma, Inc. has no parent company. No publicly traded corporation owns 10% or more of RK Pharma, Inc.'s stock.

3. Pursuant to Rule 7.1(a)(2), RK Pharma, Inc. further discloses that it is a citizen of Delaware and New York for diversity of citizenship purposes.

Dated: New York, New York
July 21, 2026

Respectfully submitted,

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: */s/ Paul W. Garrity*

Paul W. Garrity
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
pgarrity@sheppard.com
*Attorney for Defendant RK Pharma, Inc.*