ArentFox Schiff

ArentFox Schiff LLP
1301 Avenue of the Americas
42nd Floor
New York, NY 10019

212.484.3900 MAIN
212.484.3990 FAX

afslaw.com

Eric Roman
Partner
212.492.3283 DIRECT
eric.roman@afslaw.com

July 21, 2026

The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 1106
New York, New York 10007

Re: *PH Health Limited v. RK Pharma, Inc.*, Case No. 1:26-cv-04659 (LGS)

Dear Judge Schofield:

Pursuant to the Court's Order dated June 3, 2026 (ECF No. 6), Plaintiff PH Health Limited ("Par Health") and Defendant RK Pharma, Inc. ("RK Pharma") respectfully submit this joint letter in advance of the Initial Pretrial Conference scheduled for July 28, 2026, at 3:00 p.m.

**1. Nature of the Case, Principal Claims and Defenses, and Major Issues**

**Plaintiff's Statement:** This is an action for breach of contract and related relief arising out of RK Pharma's delivery of defective Ferric Citrate active pharmaceutical ingredient ("API") that failed to conform to the required Specifications and warranties under the parties' Co-Development, License and Supply Agreement dated January 31, 2022 (the "Agreement"). Par Health alleges that (1) the API delivered under Purchase Order 4500054569 was out-of-specification for particle size distribution and impurity profile, including an unspecified impurity (methyl citrate) exceeding the 0.05% specification limit; (2) Par Health properly rejected the defective API; (3) RK Pharma failed to reimburse US$461,442.58 for the rejected API as required by Section 5.5.4 of the Agreement; and (4) Par Health properly terminated the Agreement pursuant to Sections 13.2.6 and 5.6.1(iii).

Par Health asserts three claims: (Count I) Breach of Contract, (Count II) Declaratory Judgment, and (Count III) Unjust Enrichment (in the alternative).

The major factual and legal issues include: (a) whether the delivered API conformed to the Specifications; (b) whether Par Health's rejection was proper and timely under Section 5.5.1; (c) whether the RK Parties' communications constituted agreement with the rejection under Section 5.5.4; (d) whether Par Health properly terminated the Agreement; and (e) the measure of damages.

**Defendant's Statement:** RK Pharma and Par Health are parties to a Co-Development, License and Supply Agreement dated January 31, 2022 (the "Agreement"). RK Pharma denies Par Health's characterization of the relevant events and disputes that the API delivered under

Purchase Order 4500054569 failed to conform to the applicable specifications. RK Pharma further disputes that Par Health's purported rejection of the API was proper or timely under the terms of the Agreement. RK Pharma fully performed under the Agreement, and Par Health's purported termination of the Agreement was improper. RK Pharma is currently investigating and evaluating potential counterclaims against Par Health arising from Par Health's improper termination of the Agreement and its conduct thereunder, and reserves all rights in connection therewith.

**2. Subject Matter Jurisdiction and Venue**

**Plaintiff's Statement:** Subject matter jurisdiction exists under 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000, exclusive of interest and costs, and complete diversity of citizenship exists between the parties. Venue is proper in this District under the Agreement's exclusive New York forum selection clause designating state and federal courts located in the State, City, and County of New York for disputes arising out of or in connection with the Agreement. Venue is also proper under 28 U.S.C. § 1391(b) because RK Pharma resides in this District and a substantial part of the events or omissions giving rise to the claims occurred in this District.

**Defendant's Statement:** RK Pharma does not presently contest that subject matter jurisdiction exists in this Court under 28 U.S.C. § 1332, or that venue in this District is appropriate. RK Pharma's investigation into the facts and circumstances underlying this action is ongoing, and RK Pharma expressly reserves all rights to raise jurisdictional or venue-related arguments as may be warranted as this litigation proceeds. Nothing in this statement shall be construed as a waiver of any defense or objection available to RK Pharma under applicable law or the Federal Rules of Civil Procedure.

**3. Diversity Jurisdiction**

Par Health is a private limited liability company organized under the laws of Ireland with its principal place of business at First Floor, Minerva House, Simmonscourt Road, Ballsbridge, Dublin 4 D04 H9P8, Ireland. Par Health is a citizen of Ireland for diversity purposes.

RK Pharma, Inc. is a corporation incorporated under the laws of the State of Delaware with its principal place of business at Building 215/215A, 401 North Middletown Road, Pearl River, New York 10965. RK Pharma is a citizen of Delaware and New York for diversity purposes.

Complete diversity therefore exists between Plaintiff (a citizen of Ireland) and Defendant (a citizen of Delaware and New York).

**4. Motions**

The parties have stipulated that Defendant's time to answer or otherwise respond to the Complaint is extended to August 11, 2026, without prejudice to any defenses.

**Plaintiff's Statement:** Plaintiff does not presently anticipate filing any pre-answer or dispositive motions.

**Defendant's Statement:** RK Pharma does not presently anticipate filing a pre-answer motion. However, RK Pharma's investigation into the claims asserted in the Complaint is ongoing, and RK Pharma expressly reserves all rights to file any motion it deems appropriate including, without limitation, a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b).

**5. Discovery**

No formal discovery has been conducted to date. The parties anticipate that discovery will include document production (including e-discovery), interrogatories, and depositions of fact witnesses with knowledge of the manufacture, testing, delivery, and rejection of the API, as well as the parties' post-rejection communications. The parties' proposed discovery schedule is set forth in the attached Proposed Civil Case Management Plan and Scheduling Order.

**6. Computation of Damages**

**Plaintiff's Statement:** Par Health claims the following categories of damages:

Reimbursement of purchase price for rejected API: US$461,442.58 (the amount paid under Purchase Order 4500054569 for defective API that was properly rejected)

Prejudgment interest: To be calculated from the date reimbursement became due under the Agreement, at the statutory rate under New York law

Costs and disbursements of this action

**Defendant's Statement:** RK Pharma is currently investigating and evaluating the full measure of damages it has sustained as a result of Par Health's improper termination of the Agreement and its conduct thereunder. RK Pharma reserves all rights to assert such damages in connection with its counterclaims.

**7. Settlement Discussions**

The parties have not engaged in settlement discussions. The parties have discussed the use of alternative dispute resolution mechanisms and propose the retention of a private mediator after the close of fact discovery. The parties remain open to the possibility of settlement but do not request a settlement conference with the Court at this time.

ArentFox Schiff



**8. Other Information**

The parties have agreed to a proposed discovery schedule, which is set forth in the attached Proposed Civil Case Management Plan and Scheduling Order submitted herewith. The parties are not aware of any other information that would assist the Court at this time.

Respectfully submitted,

/s/ *Eric Roman*
Eric Roman

ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
(212) 492-3283
eric.roman@afslaw.com
*Counsel for Plaintiff PH Health Limited*

/s/ *Paul Garrity*
Paul Garrity

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 653-8700
pgarrity@sheppard.com
*Counsel for Defendant RK Pharma, Inc.*