UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PH HEALTH LIMITED,<br><br>Plaintiff,<br><br>-v-<br><br>RK PHARMA, INC.,<br><br>Defendant.<br><br>RK PHARMA, INC., APICORE PHARMACEUTICALS PVT. LTD.,<br><br>Counterclaim-Plaintiffs,<br><br>-v-<br><br>PH HEALTH LIMITED<br><br>Counterclaim-Defendant. | Case No. 1:26-cv-04659-LGS<br><br>**APICORE PHARMACEUTICALS PVT. LTD.'S FED. R. CIV. P. 7.1 CORPORATE <u>DISCLOSURE STATEMENT</u>** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Counterclaim-Plaintiff Apicore Pharmaceuticals Pvt., Ltd. ("Apicore") states as follows:

1. Apicore is a privately held company organized and existing under the laws of India; and

2. Apicore is a wholly owned subsidiary of Apicore US LLC, which is a wholly owned subsidiary of RK Pharma, Inc.

3. Pursuant to Rule 7.1(a)(2), Apicore further discloses that it is a citizen of India for diversity of citizenship purposes.

Dated: New York, New York
August 11, 2026

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ *Paul Garrity*
Paul Garrity
Madeline Townsley
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
mtownsley@sheppard.com

*Attorneys for Defendant and Counterclaim-Plaintiffs*